SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 21 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:15cr25 DCB-LRA

CHARLES JEREMIAH BRACEY                               21 U.S.C. § 846
                                                      21 U.S.C. § 843(b)

**The Grand Jury charges:**

COUNT 1

That on or about January 18, 2011, and continuing through February 13, 2011, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **CHARLES JEREMIAH BRACEY**, did knowingly conspire with others both known and unknown to the Grand Jury, to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

**QUANTITY OF COCAINE HYDROCHLORIDE INVOLVED IN THE CONSPIRACY**

With respect to **CHARLES JEREMIAH BRACEY**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of a mixture or substance containing a detectable

amount of cocaine hydrochloride", in violation of Title 21, United States Code, Section 841(b)(1)C.

## COUNT 2

On or about January 30, 2011, in Hinds County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **CHARLES JEREMIAH BRACEY**, did knowingly and intentionally use a communications facility, to wit, a telephone, in causing or facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, possession with intent to distribute a controlled substance, in violation of Sections 841(a)(1) and 846, Title 21, United States Code.

All in violation of Section 843(b), Title 21, United States Code, and Section 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **CHARLES JEREMIAH BRACEY**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a

judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C), Title 18, United States Code; Section 853, Title 21, United States Code; and Section 2461, Title 28, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 21 day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE