UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                               CRIMINAL NO. 3:15CR25-DCB-LRA-001

CHARLES JEREMIAH BRACEY                                                DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States of America's Motion for Remission of Fine [#36] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on August 16, 2016, is hereby remitted.

SO ORDERED, this the 7th day of November, 2019.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE